761 A.2d 534

IN THE MATTER OF BRUCE H. NAGEL,
AN ATTORNEY AT LAW.

November 22, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **BRUCE H. NAGEL** of **LIVINGSTON**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 3.4(c)(knowingly disobeying an obligation under the rules of tribunal) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **BRUCE H. NAGEL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.